UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BENJIE THREETON                                                                            CIVIL ACTION

VERSUS                                                                                           NO. 13-4709

RODNEY JACK STRAIN, ET AL.                                                         SECTION "S"(1)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this   2nd   day of       August       , 2013.


                                                                                   _____
                                                                                   **UNITED STATES DISTRICT JUDGE**